VENABLE LLP
Susan E. Hollander (SBN 133473)
Jessica L. Grant (SBN 178138)
Tyler G. Welti (SBN 257993)
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Email:   sehollander@venable.com
         jgrant@venable.com
         tgwelti@venable.com
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

Sharoni S. Finkelstein (SBN 271829)
Email:   ssfinkelstein@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

*Attorneys for Plaintiff Tri-Union Seafoods, LLC
dba Chicken of the Sea International*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tri-Union Seafoods, LLC dba Chicken of the Sea International,<br><br>Plaintiff,<br><br>v.<br><br>Otis McAllister, Inc.; Does 1 through 10,<br><br>Defendants. | Case No. 3:17-cv-06646-JCS<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Tyler G. Welti of Venable LLP, a member of the State Bar of California (CA SBN 257993) who is admitted to practice before this Court, hereby appears as counsel for Plaintiff Tri-Union Seafoods, LLC dba Chicken of the Sea International in the above-entitled action.  Mr. Welti's contact information appears below:

> Tyler G. Welti (SBN 257993)
> Venable, LLP
> 505 Montgomery Street, Suite 1400
> San Francisco, CA 94111
> Tel:  (415) 653-3750
> Fax:  (415) 653-3755
> Email: tgwelti@venable.com

Dated:  November 21, 2017                    VENABLE LLP

                                             By:    /s/  Tyler G. Welti

                                             Susan E. Hollander (SBN 133473)
                                             Email:     sehollander@venable.com
                                             Jessica L. Grant (SBN 178138)
                                             Email:     jgrant@venable.com
                                             Tyler G. Welti (SBN 257993)
                                             Email:     tgwelti@venable.com
                                             505 Montgomery Street, Suite 1400
                                             San Francisco, CA 94111
                                             Tel:  (415) 653-3750
                                             Fax:  (415) 653-3755

                                             Sharoni S. Finkelstein (*Pro Hac Vice* pending)
                                             Email:     ssfinkelstein@venable.com
                                             2049 Century Park East, Suite 2300
                                             Los Angeles, CA  90067
                                             Tel:  (310) 229-9900
                                             Fax:  (310) 229-9901

                                             *Attorneys for Plaintiff Tri-Union Seafoods, LLC dba Chicken of the Sea International*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900