1  VENABLE LLP
   Susan E. Hollander (SBN 133473)
2  Jessica L. Grant (SBN 178138)
   Tyler G. Welti (SBN 257993)
3  101 California Street, Suite 3800
   San Francisco, CA 94111
4  Email:   sehollander@venable.com
            jgrant@venable.com
5           tgwelti@venable.com
   Telephone:   (415) 653-3750
6  Facsimile:   (415) 653-3755

7  Sharoni S. Finkelstein (SBN 271829)
   Email:   ssfinkelstein@venable.com
8  2049 Century Park East, Suite 2300
   Los Angeles, CA  90067
9  Telephone:   (310) 229-9900
   Facsimile:   (310) 229-9901
10
   *Attorneys for Plaintiff Tri-Union Seafoods, LLC*
11 *dba Chicken of the Sea International*

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                             **OAKLAND DIVISION**

15 | Tri-Union Seafoods, LLC dba Chicken of the Sea International, | Case No. 4:17-cv-06646-JSW |
16 | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
17 | Plaintiff, | |
18 | v. | |
19 | Otis McAllister, Inc.; Does 1 through 10, | |
20 | Defendants. | |

Pursuant to Local Rules 6-1(b), 7-12, and 16-2(e), Plaintiff Tri-Union Seafoods, LLC dba Chicken of the Sea International ("Plaintiff") and Defendant Otis McAllister, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on November 17, 2017 (Dkt. 1);

WHEREAS, Defendant filed its Answer on February 20, 2018 (Dkt. 25);

WHEREAS, on December 5, 2017, the Court set an Initial Case Management Conference for February 16, 2018, at 11:00 a.m. in Courtroom 5, 2nd Floor of the above-captioned court (Dkt. 14);

WHEREAS, on January 17, 2018, the parties filed a Stipulation and [Proposed] Order to Extend Time to Respond to the Complaint and to Continue Case Management Deadlines, which extended the deadline for serving initial disclosures and filing a Rule 26(f) Report and joint case management statement to March 23, 2018, and continued the Initial Case Management Conference to March 30, 2018, at 11:00 a.m. (Dkt. 17), and on January 19, 2018, the Court issued an Order granting the stipulation (Dkt. 19);

WHEREAS, on March 12, 2018, lead trial counsel for Plaintiff and Defendant conducted their Rule 26(f) conference;

WHEREAS, on March 14, 2018, the parties filed a Stipulation and [Proposed] Order to Continue Case Management Deadlines, which extended the deadline for serving initial disclosures and filing a Rule 26(f) Report and joint case management statement to April 13, 2018, and continued the Initial Case Management Conference to April 20, 2018, at 11:00 a.m. (Dkt. 26), and on March 16, 2018, the Court issued an Order granting the stipulation (Dkt. 27);

WHEREAS, on April 12, 2018, the parties filed their Joint Rule 26(f) Report (Dkt. 29);

WHEREAS, on April 13, 2018, the Clerk issued a Notice Continuing Initial Case Management Conference until April 27, 2018 at 11:00 a.m. (Dkt. 30);

WHEREAS, on April 26, 2018, the Court issued an Order Continuing Case Management Conference, which continued the Initial Case Management Conference to June 8, 2018, and ordered the parties to file a case management statement by June 1, 2018 if the case has not been settled by that date;

WHEREAS, due to a scheduling conflict, the parties have agreed to continue the Initial Case Management Conference and corresponding deadline to file a case management statement;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred on alternative dates for the Initial Case Management Conference and are available on June 22, 2018, or thereafter at the Court's convenience;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, that:

1. The initial Case Management Conference is continued from June 8, 2018, at 11:00 a.m. to June 22, 2018, at 11:00 a.m.;

2. The deadline for filing a Joint Case Management Statement shall be June 15, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 4, 2018                              VENABLE, LLP


                                                 By:    /s/  Susan E. Hollander

                                                 Susan E. Hollander
                                                 Email:    sehollander@venable.com
                                                 Jessica L. Grant
                                                 Email:    jgrant@venable.com
                                                 Tyler G. Welti
                                                 Email:    tgwelti@venable.com
                                                 101 California Street, Suite 3800
                                                 San Francisco, CA 94111
                                                 Tel:  (415) 653-3750
                                                 Fax:  (415) 653-3755

                                                 Sharoni S. Finkelstein
                                                 Email:    ssfinkelstein@venable.com
                                                 2049 Century Park East, Suite 2300
                                                 Los Angeles, CA  90067
                                                 Tel:  (310) 229-9900
                                                 Fax:  (310) 229-9901

                                                 *Attorneys for Plaintiff Tri-Union Seafoods, LLC
                                                 dba Chicken of the Sea International*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Dated:  May 4, 2018                                      DUANE MORRIS LLP

By:   /s/  Mark A. Steiner

Mark A. Steiner
Email:      masteiner@duanemorris.com
Justin J. Fields
Email:      jfields@duanemorris.com
Meghan C. Killian
Email:      mckillian@duanemorris.com
One Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
Tel:  (415) 957-3036
Fax:  (415) 358-4738

*Attorneys for Defendant Otis McAllister, Inc.*

### E-FILING ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), I attest that counsel for Defendants concurred in this filing's content and authorized its filing.

Dated:  May 4, 2018                                      VENABLE, LLP

By:   /s/  Susan E. Hollander
          Susan E. Hollander

*Attorneys for Plaintiff Tri-Union Seafoods, LLC dba Chicken of the Sea International*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. 4:17-cv-06646-JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management conference is set for _____ at _____.  The joint case management statement is due by June 15, 2018.

DATED:  _____, 2018

_____
Hon. Jeffrey S. White
United States District Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

- 5 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. 4:17-cv-06646-JSW