United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-UNION SEAFOODS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OTIS MCALLISTER, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-06646-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 72 |

　　　YOU ARE HEREBY NOTIFIED that hearing on the Motion for Summary Judgment, noticed on November 15, 2019 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE, is vacated.  A written ruling shall issue.

Dated: November 5, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____*Jennifer Ottolini*_____
　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　510-637-3541