VENABLE LLP
Susan E. Hollander (SBN 133473)
Jessica L. Grant (SBN 178138)
Whitney L. Tolar (SBN 324112)
101 California Street, Suite 3800
San Francisco, CA 94111
Email: sehollander@venable.com
jgrant@venable.com
wltolar@venable.com
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

VENABLE LLP
Sarah S. Brooks (SBN 266292)
Sharoni S. Finkelstein (SBN 271829)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Email: ssbrooks@venable.com
ssfinkelstein@venable.com
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Plaintiff and Counter-Defendant
Tri-Union Seafoods, LLC
dba Chicken of the Sea International*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-UNION SEAFOODS, LLC DBA CHICKEN OF THE SEA INTERNATIONAL, a California limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>OTIS MCALLISTER, INC., a California corporation; and DOES 1 THROUGH 10,<br><br>Defendants and Counter-Claimant. | Case No.: 4:17-cv-06646-JSW<br><br>Hon. Jeffrey S. White<br><br>**TRI-UNION'S STATEMENT THAT IT WILL NOT WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to this Court's Order Regarding Case Scheduling entered on December 10, 2019 (Dkt. No. 91), Tri-Union Seafoods, LLC DBA Chicken of the Sea International ("Tri-Union") respectfully submits the following statement:

Having again reviewed the Court's standing order (Paragraph 9) and being mindful of the Court's resources, Tri-Union is not withdrawing its motion for summary judgment. Tri-Union appreciates that the Court has granted several extensions of time to extend dates in this case. Tri-Union has always accommodated the requests (as here) from opposing counsel to stipulate to extend pre-trial and trial dates and welcomes continued settlement efforts. However, while several extensions have been generously granted by the Court, the case has not yet settled. Given this history, Tri-Union submits that the Court's ruling on Tri-Union's Motion for Summary Judgment may narrow and clarify triable issues, which will help inform both parties in the settlement process.

Dated: December 11, 2019                          VENABLE LLP

                                                 By:   /s/ Susan E. Hollander
                                                       Susan E. Hollander
                                                       *Attorneys for Plaintiff Tri-Union Seafoods, LLC dba Chicken of the Sea International*