VENABLE LLP
Susan E. Hollander (SBN 133473)
Whitney L. Tolar (SBN 324112)
101 California Street, Suite 3800
San Francisco, CA 94111
Email:   sehollander@venable.com
         wltolar@venable.com
Telephone:   415.653.3750
Facsimile:   415.653.3755

VENABLE LLP
Sarah S. Brooks (SBN 266292)
Sharoni S. Finkelstein (SBN 271829)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Email:   ssbrooks@venable.com
         ssfinkelstein@venable.com
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

*Attorneys for Plaintiff and Counter-Defendant
Tri-Union Seafoods, LLC
dba Chicken of the Sea International*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-UNION SEAFOODS, LLC DBA CHICKEN OF THE SEA INTERNATIONAL, a California limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>OTIS MCALLISTER, INC., a California corporation; and DOES 1 THROUGH 10,<br><br>Defendants and Counter-Claimant. | Case No.: 4:17-cv-06646-JSW<br><br>Hon. Jeffrey S. White<br><br>**NOTICE OF CHANGE IN COUNSEL – JESSICA L. GRANT** |

1
NOTICE OF CHANGE IN COUNSEL – JESSICA L. GRANT

**TO THE COURT, THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Jessica L. Grant is no longer with Venable LLP and hereby withdraws as attorney of record for Plaintiff and Counter-Defendant Tri-Union Seafoods, LLC DBA Chicken of the Sea International ("Chicken of the Sea") in this action. Susan E. Hollander, Sarah S. Brooks, Sharoni S. Finkelstein, and Whitney L. Tolar remain as attorneys of record to be noticed for Plaintiff and Counter-Defendant Chicken of the Sea.

Dated: January 6, 2020        VENABLE LLP

By:    /s/ Susan E. Hollander
       Susan E. Hollander

Attorneys for Plaintiff and Counter-Defendant
Tri-Union Seafoods, LLC
dba Chicken of the Sea International